CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2014

JULIA C. DOOLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| CALVIN O. WILLIAMS, SR., | ) | Civil Action No. 7:14-cv-00073 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAPTAIN B. RUSSELL, <u>et al.</u>, | ) | By:   Hon. James C. Turk |
|     Defendant. | ) |       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1),

and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Plaintiff.

**ENTER:** This _18th_ day of April, 2014.

_James C. Turk_
Senior United States District Judge